**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **JYSON PHILLIPS,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:13-cv-01121 | |
| § | | |
| **INTERNATIONAL FREIGHT** § | JURY | |
| **SERVICES, INC. D/B/A USA TRUCK,** § | | |
| **INC. AND MICHAEL HAMMOND,** § | | |
| § | | |
| Defendants. § | | |

## JOINT MOTION FOR ENTRY OF
## AGREED ORDER OF DISMISSAL WITH PREJUDICE

1. Plaintiff, Jyson Phillips ("Phillips), and Defendants, USA Truck, Inc., and Michael Hammond ("Hammond") (collectively, "the Parties"), move the Court for entry of a Joint Motion for Entry of Agreed Order of Dismissal With Prejudice.  In support of their Motion, the Parties are filling concurrently herewith a proposed Agreed Order of Dismissal with Prejudice.

2. Phillips, USA Truck, Inc. and Hammond have now compromised and settled the case and there are no longer any issues in controversy relating to the claims and/or causes of action made by Phillips.  Phillips, USA Truck, Inc. and Hammond ask that the Court permanently remove this case from the Court's docket and dismiss all causes of action asserted by Phillips against USA Truck, Inc. and Hammond with prejudice to the re-filing of same.

Respectfully submitted,

**NEGEM & WORTHINGTON**

By:      s/ Jimmy M. Negem
        Jimmy M. Negem
        *Lead Attorney*
        Texas State Bar No. 14865500
        jimmy@negemlaw.com
        Joe M. Worthington
        Texas State Bar No. 22009950
        joe@negemlaw.com

440 South Vine Street
Tyler, Texas  75702
(903) 595-4466  /  Fax (903) 593-3266

**ATTORNEYS FOR PLAINTIFF**
**JYSON PHILLIPS**


**KANE RUSSELL COLEMAN & LOGAN PC**

By:      s/ Brian J. Fisher
        Zach T. Mayer
        *Lead Attorney*
        Texas State Bar No. 24013118
        zmayer@krcl.com
        Brian J. Fisher
        Texas State Bar No. 24032178
        bfisher@krcl.com

1601 Elm Street, Suite 3700
Dallas, Texas  75201
(214) 777-4200  /  Fax (214) 777-4299

**ATTORNEYS FOR DEFENDANTS**
**USA TRUCK, INC. AND MICHAEL**
**HAMMOND**

## CERTIFICATE OF SERVICE

This is to certify that on this the 1st day of December, 2014, a true and correct copy of the foregoing instrument is being served on all counsel of record, as follows:

| **VIA ECF AND FACSIMILE** | **VIA ECF AND FACSIMILE** |
|---|---|
| Jimmy M. Negem | B. Gregg Price |
| Joe M. Worthington | Daniel Roper |
| NEGEM & WORTHINGTON | LAW OFFICE OF B. GREGG PRICE |
| 440 South Vine Avenue | PO Box 142 |
| Tyler, Texas 75702 | Sulphur Springs, Texas 75483 |

    s/ Brian J. Fisher
    Brian J. Fisher